```
                                                    FILED
                                                NOV 27 2017
        UNITED STATES DISTRICT COURT
         WESTERN DISTRICT OF TEXAS          CLERK, U.S. DISTRICT CLERK
           MIDLAND ODESSA DIVISION          WESTERN DISTRICT OF TEXAS
                                            BY_____
                                                        DEPUTY
```

STACEY LOUISE CASTILLO )
)
V. )
) Case No. 7:14-CR-227
UNITED STATES OF AMERICA )
)

*************************************************************
NOTICE OF APPEAL
*************************************************************

Notice is hereby given that the defendant, Stacey Castillo, hereby requests that this honorable court, grant her an extension of time for good cause and excusable neglect, to appeal the United States Court of Appeals for the 5th Circuit.

Petitioner was not notified by counsel of her right to appeal her file an additional appeal after being resentenced on June 14, 2014. After being resentenced, she requested to her appellate attorney that there were additional grounds that she wanted to be raised after her sentence was vacated and remanded. See, United States v Gonzales 841 F.3d 339 November 2, 2016 5th Circuit.

Castillo contends that she was unaware of the procedural requirements and deadlines for filing an appeal. She contacted her appellant attorney regarding meritorious grounds and he explained to her that he was no longer her attorney. She was informed by another inmate once she returned to the facility that she could file an appeal on her behalf but needed to inform the district court so that they may find good cause and excusable neglect on why she should be granted an additional 30 days to file an out of time appeal under Rule 4(b). United States v Clark, 51 F.3d 42, 44 5th Circuit 1995.

Castillo pleads with this honorable court to grant her an extension to file an appeal to address grounds that she feels will reduce her sentence.

The defendants feels that for this court to deny her the opportunity would prejudice the defendant and would be a miscarriage of justice.

*Stacey Castillo*

Respectfully Submitted

## CERTIFICATE OF SERVICE

I, Stacey Castillo, hereby certify under penalty of perjury, that the following documentation is true and correct and executed on this 15th day of November year 2017.

⇔41696-380⇔
Stacey Castillo
Aliceville
Federal Correctional Institution
p.o. box 4000
Aliceville, AL 35442
United States

BIRMINGHAM AL 350
20 NOV RECEIVED
NOV 2 7 2017
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

FR. TED HESBURGH
FOREVER USA

⇔41696-380⇔
George W Bush Courthouse
100 E WALL ST
Midland, TX 79701
United States

79701-524300